UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CHENNAULT INTERNATIONAL AIRPORT AUTHORITY | CASE NO. 2:22-CV-02735 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| STARR SURPLUS LINES INSURANCE CO | MAGISTRATE JUDGE KAY |

MINUTES OF COURT:
Bench Trial

| | | | |
|---|---|---|---|
| Date: | October 23, 2023 | Presiding: | Judge James D. Cain, Jr. |
| Court Opened: | 9:00 a.m. | Courtroom Deputy: | Greta Roaix |
| Court Adjourned: | 1:35 p.m. | Court Reporter: | Myra Primeaux |
| Statistical Time: | 3:20 p.m. | Courtroom: | CR4 |

APPEARANCES

| | | |
|---|---|---|
| Russell J Stutes Jr, Jeanette Elizabeth DeWitt-Kyle, Jere Jay Bice, Michael K. Cox, Michael G. Hodgkins, & Patrick Jody Lavergne | For | Chennault International Airport Authority, Plaintiff |
| Charles Donald Marshal, III & Leah Nunn Engelhardt, Brett A. Wallingford & Seth V. Jackson | For | Starr Global Financial Inc, Defendant |

PROCEEDINGS

PROCEEDINGS:
    Bench Trial Day Three
    Plaintiff's Evidence not concluded
    Defendant's Evidence not concluded

**RULING, COMMENTS:**

**Filings**:    Witness List
                Exhibit List

    The Court held a chambers conference. A settlement was placed on the record and the Court sealed the transcript of today's proceedings.